STATE v. GRAY

No. 427P82.

Case below: 58 N.C. App. 102.

Petition by defendant for discretionary review under G.S. 7A-31 denied 21 September 1982.

STATE v. HARRIS

No. 476P82.

Case below: 58 N.C. App. 239.

Petition by defendant for discretionary review under G.S. 7A-31 denied 21 September 1982.

STATE v. HARRIS

No. 463P82.

Case below: 58 N.C. App. 239.

Petition by defendant for discretionary review under G.S. 7A-31 denied 21 September 1982.

STATE v. JAMES

No. 421P82.

Case below: 58 N.C. App. 239.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 October 1982.

STATE v. JUSTICE

No. 471P82.

Case below: 58 N.C. App. 240.

Petition by defendant for discretionary review under G.S. 7A-31 denied 21 September 1982. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 21 September 1982.